IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEMETRIAS TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 322-035 |
| ) | |
| TIMOTHY WARD, Commissioner; ) | |
| JERMAINE WHITE, Warden; DR. DAVID ) | |
| CHENEY; TELFAIR STATE PRISON ) | |
| MEDICAL DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 5th day of July, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE